No. 91–248. SEHNAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–255. BOURGUIGNON ET UX. v. HOLIDAY INNS OF AMERICA, INC. C. A. 8th Cir. Certiorari denied.

No. 91–257. NUTMEG INSURANCE CO. v. CITY OF ROSE CITY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–265. POTOMAC EDISON CO. v. HELMICK ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 91–266. MANCHESTER v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 91–278. ESTATE OF DAU VAN TRAN ET AL. v. TEXACO REFINING & MARKETING, INC., ET AL. Sup. Ct. Tex. Certiorari denied.

No. 91–283. DOUGLASS v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 91–285. PASKON v. SALEM MEMORIAL HOSPITAL DISTRICT ET AL. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 91–287. CHESAPEAKE INSURANCE CO., LTD. v. FOSTER, INSURANCE COMMISSIONER OF PENNSYLVANIA, AS REHABILITATOR OF THE MUTUAL FIRE, MARINE & INLAND INSURANCE CO. C. A. 3d Cir. Certiorari denied.

No. 91–291. CONFERENCE OF AFRICAN UNION FIRST COLORED METHODIST PROTESTANT CHURCH ET AL. v. MOTHER AFRICAN UNION FIRST COLORED METHODIST PROTESTANT CHURCH ET AL. Sup. Ct. Del. Certiorari denied.

No. 91–292. WALKER v. TOWNSHIP OF TEWKSBURY, NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.